United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| RPM Diesel Engine Company, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-23009-Civ-Scola |
| | ) | |
| M/Y "Liquid Assets" and Harvey Hernandez, Defendants. | | |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 13.) The Court dissolves the warrant of arrest in rem and directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on August 3, 2020.

_____
Robert N. Scola, Jr.
United States District Judge